THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: 2:24-cv-01310-MJP<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT<br><br>NOTED ON THE MOTION CALENDAR: October 24, 2024 |

Pursuant to LCR 10(g), Defendant Admiral Insurance Company ("Admiral") and Plaintiff Northwest Boring Company, Inc. ("Northwest Boring") submit this Stipulated Motion to Extend Admiral's Deadline to Answer or Otherwise Respond to Northwest Boring's Complaint from the current deadline of October 24, 2024 for an additional two weeks to November 7, 2024.

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT
NO.: 2:24-CV-01310-MJP

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: October 25, 2024

| HARPER HAYES PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By /s/ Thomas M. Williams<br>    Todd C. Hayes, WSBA #26361<br>    E-mail: todd@harperhayes.com<br>    Thomas M. Williams, WSBA #47654<br>    E-mail: twilliams@harperhayes.com | By /s/ Jared F. Kiess<br>    Jared F. Kiess, WSBA #54532<br>    E-mail: jared.kiess@bullivant.com |
| *Attorneys for Plaintiff Northwest Boring Company, Inc.* | *Attorneys for Defendant Employers Insurance Company of Wausau* |

IT IS SO ORDERED this 25th day of October 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By: /s/ Jared F. Kiess
    Jared F. Kiess, WSBA #54532
    E-mail: jared.kiess@bullivant.com

Attorneys for Defendant Admiral Insurance Company

4887-3917-3106.1

STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT
NO.: 2:24-CV-01310-MJP

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930