THE HONORABLE JAMAL N WHITEHEAD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### IN SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., a Washington corporation,<br><br>                              Plaintiff,<br><br>         v.<br><br>ADMIRAL INSURANCE COMPANY, a foreign insurance company,<br><br>                              Defendant. | No. 2:24-cv-01310-JNW<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Clerk's Action Required**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 9, 2026** |

## I.   STIPULATION

Plaintiff Northwest Boring Company, Inc. and Defendant Admiral Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed with prejudice, with the parties bearing their own costs and attorney's fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 1

**CASE NO. 2:24-cv-01310-JNW**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

DATED this 9th day of January 2026.

HARPER | HAYES PLLC


By: s/ *Thomas M. Williams*
    Todd C. Hayes, WSBA No. 26361
    Thomas M. Williams, WSBA No. 47654
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    twilliams@harperhayes.com
    Attorneys for Plaintiff Northwest Boring Company, Inc.

I certify that this memorandum contains 39 words,
in compliance with the Local Civil Rules.


KENNEDYS CMK LLP


By: s/ *Jared Kiess*
    Jared Kiess, WSBA No. 54532
    1420 Fifth Avenue, Suite 2200
    Seattle, WA  98101
    (206) 521-6475
    Jared.Kiess@kennedyslaw.com
    Attorneys for Defendant Admiral Insurance Company

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 2

**CASE NO. 2:24-cv-01310-JNW**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II.    **PROPOSED ORDER**

Based on the above Stipulation, the Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.


DATED this _____ day of _____, 2026.


_____
JAMAL N WHITEHEAD
UNITED STATES DISTRICT JUDGE


Presented by:

HARPER | HAYES PLLC


By: s/ *Thomas M. Williams*_____
        Todd C. Hayes, WSBA No. 26361
        Thomas M. Williams, WSBA No. 47654
        Attorneys for Plaintiff Northwest Boring Company, Inc.

KENNEDYS CMK LLP


By: s/ *Jared Kiess*_____
        Jared Kiess, WSBA No. 54532
        Attorneys for Defendant Admiral Insurance Company

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 3

CASE NO. 2:24-cv-01310-JNW

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010